```
JOSEPH T. MCNALLY
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
COLIN S. SCOTT (Cal. Bar No. 318555)
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 393-3159
     Facsimile: (213) 894-2927
     E-mail:    colin.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       PLAINTIFF,<br><br>       v.<br><br>ZHENG ET AL.,<br><br>       DEFENDANT. | No. CR 24-00761-PA<br><br><u>NOTICE OF ASSIGNMENT</u> |
|---|---|

    Plaintiff United States of America, by and through his counsel of record, the United States Attorney for the Central District of California, hereby advises the Court that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-mail Address |
|---|---|---|
| Newly-Assigned AUSA | Colin S. Scott | Colin.scott@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly-

assigned AUSA's name is associated with this case as attorney of record for the Respondent and that the newly-assigned AUSA receives all emails relating to filings in this case.

Dated: January 27, 2025         Respectfully submitted,

                                             JOSEPH T. MCNALLY
                                             Acting United States Attorney

                                             DAVID T. RYAN
                                             Assistant United States Attorney
                                             Chief, National Security Division

                                               /s/ Colin Scott
                                             COLIN S. SCOTT
                                             Assistant United States Attorney

                                             Attorneys for Plaintiff
                                             UNITED STATES OF AMERICA