

*United States Probation & Pretrial Services*

United States District Court
Central District of California

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 1/27/2025 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: MMC DEPUTY |

PACTS No: 9561043

**Passport Receipt**

U.S. Probation & Pretrial Services
Roybal

Defendant Name: Jin Liu

Name on passport, if different:

Country of Origin: People's Republic of China

Passport Number: ▮▮▮▮▮▮

Date passport issued: 12/16/09

Expiration date of passport: 12/15/19

Ordered by court in the Central District of California

Docket Number: **0973 2:24CR00761-3**

Yuehong Qin   *Yuehong Qin*   01/27/25
Surrendered By                  Date

Lilia Flores   [signature]        01/27/25
Received By                      Date

_____                _____
Returned To                      Date

_____                _____
Surrendered By                   Date

Purpose Returned

Address (if mailed)